PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLIE ANN HINDSMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-01935-CKD<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Commissioner will redact all records that do not belong to the claimant. In addition, the Appeals Council will remand to an Administrative Law Judge who will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted April 19, 2021.

DATED: April 19, 2021            */s/ Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND
                                 (as authorized by email)
                                 Attorney for Plaintiff

                                 PHILLIP A. TALBERT
                                 Acting United States Attorney

DATED: April 19, 2021       By   *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

                                 ORDER

Pursuant to stipulation, it is so ordered.

Dated:  April 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2